[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10878
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00054-CG-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERI MICHELLE MARKS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(October 28, 2015)

Before TJOFLAT, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

Raymond L. Bell, Jr., counsel for Jeri Michelle Marks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2d 493 (1967).  We are instructed to decide independently, upon plenary examination of the case, whether the appeal is wholly frivolous.  *Id.* at 744.  Our review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marks's convictions and sentences are **AFFIRMED**.